FRANCISCO MARTINEZ, Respondent-Appellant, *v.* MARINE TRANSPORT LINES, INC., Appellant-Respondent.

Supreme Court, Appellate Term, First Department, March 1, 1948.

*Louis R. Harolds* and *William L. Standard* for respondent-appellant.

*Matthew L. Danahar* and *Vernon S. Jones* for appellant-respondent.

*Per Curiam.* The defendant, general agent of the United States, was not liable to plaintiff either for unearned wages or

maintenance and cure (*Shilman* v. *United States of America*, 164 F. 2d 649). Comity requires this court to follow the Circuit Court decision.

The judgment should be reversed, with $20 costs, and judgment directed for defendant, with costs.

HAMMER, EDER and HECHT, JJ., concur.

Judgment reversed, etc.